■ In the Matter of KARL F. ROSS.— Motion by petitioner for reconsideration of his application for admission to the Bar of the State of New York denied. Concur — Breitel, J. P., Valente, Steuer and Bastow, JJ.; McNally, J., dissents and votes to grant the application.

■ (A) In the Matter of KATHLEEN DUROSS et al., v. STATE RENT ADMINISTRATOR et al. Concur — Botein, P. J., Breitel, Rabin, McNally and Eager, JJ. (B) HOTEL & RESTAURANT CLEARANCE CORP. v. WALZ CREDIT SERVICES, INCORPORATED, et al. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ. (C) In the Matter of ESTHER BRIGHT, Deceased. DELIA HANCOCK et al.; LOUISE B. MORGAN. Concur — Botein, P. J., Breitel, Valente, Eager and Bergan, JJ. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

■ In the Matter of JOSEPHINE HUBBARD v. BOARD OF EXAMINERS OF THE BOARD OF EDUCATION OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied. Concur — Valente, J. P., McNally, Eager, Steuer and Bergan, JJ.

■ NEW YORK PLUMBERS SPECIALTIES COMPANY, INC., v. COLUMBIA CASUALTY COMPANY et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals and for a stay denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, Stevens and Eager, JJ.

■ (A) In the Matter of FIELDING L. WHITTEMORE, Deceased. MANUFACTURERS. TRUST COMPANY, Respondent; ANNA P. DICKINSON et al., Respondents-Appellants; VIRGINIA H. TWINCH, Respondent-Appellant, et al. Concur — Breitel, J. P., Rabin, Valente, Stevens and Eager JJ. (B) In the Matter of ANNA BRENER, Deceased. SIDNEY S. LEVINE, as Executor, Respondent; MAX KATZ of Toronto, Canada, Appellant; MAX KATZ of New York, Respondent. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ. [In each action] Motion for leave to reargue denied, with $10 costs.

■ BROAD & WALL CORPORATION v. THOMAS R. O'CONNOR et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. The stay contained in the order to show cause, dated March 17, 1961, is vacated. Concur — Botein, P. J., Breitel, Rabin, McNally and Eager, JJ.

■ In the Matter of DANIEL KOPS, Deceased. DANIEL W. KOPS et al., Appellants; CITY BANK FARMERS TRUST COMPANY, as Trustee, et al., Respondents.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Stevens, Eager and Steuer, JJ.